# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| GARY DEMETRIUS KNIGHT | ) Case No: 3:99CR00204-012 |
| | ) USM No: 15955-058 |
| Date of Previous Judgment: February 19, 2002 | ) Steven T. Meier |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
- ■ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 31 | Amended Offense Level: | 31 |
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Range: | 135 to 168 months | Amended Guideline Range: | 135 to 168 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain): No reduction, since the defendant has completed the original term of imprisonment imposed for Conspiracy to Possess with Intent to Distribute, and Distribute, Marijuana, Cocaine and Cocaine Base and is now serving a term of imprisonment imposed upon the revocation of his supervised release on February 13, 2008, not for a crack cocaine offense.

**III. ADDITIONAL COMMENTS**



Except as provided above, all provisions of the judgment dated February 19, 2002 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: April 23, 2009

Effective Date: _____
(if different from order date)

Graham C. Mullen
United States District Judge